EDITH BARUCH, an Infant, by ABRAM BARUCH, Her Guardian ad Litem, et al., Respondents, *v.* FREIDA Fox et al., Appellants.

(Argued March 24, 1932; decided April 26, 1932.)

*Lyman A. Spalding* and *William J. Nolan* for appellants. *Sol H. Sleppin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.